UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE MATTHEW
MCLEOD, JR.,

    Plaintiff,

v.                                      Case No. 8:21-cv-1058-KKM-SPF

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

    Defendant.
_____

## ORDER

Plaintiff Lawrence McLeod, Jr. filed this action seeking review of the Commissioner's decision to deny his claim for disability insurance benefits and Supplemental Security Income benefits. (Doc. 1.) The Magistrate Judge issued a report recommending that the Court affirm the Commissioner's decision. (Doc. 19.) McLeod filed an objection to the Magistrate Judge's report. (Doc. 20.) After de novo review, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted.

The following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) is **ADOPTED**.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment in the Commissioner's favor, terminate any pending motions and deadlines, and close this case.

**ENTERED** in Tampa, Florida, on September 2, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**